## Commonwealth *v.* Pikolas, Appellant.

Argued December 9, 1970. *William W. Stainton,* with him *Arnold, Bricker, Beyer & Barnes,* for appellant; *James F. Heinly,* Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.